IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-657-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| DAVIS AND RAGLAND PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: ONE BOX OF 22 LONG RIFLE AMMUNITION; THIRTY ROUNDS OF 9MM AMMUNITION; MISCELLANEOUS PAPERS, DOCUMENTS AND MAIL; A DELL INSPIRON 530 DESKTOP COMPUTER, SERIAL NUMBER DRLVZD1; A SEAGATE FREE AGENT DESKTOP HARDRIVE 250 GB, SERIAL NUMBER 6RY1RCHC; A MAXTOR ONETOUCH 250 GB HARDDRIVE, SERIAL NUMBER 2HA10H3Q; A MAXTOR ONETOUCH 500 GB HARDRIVE, SERIAL NUMBER 2HA22AZA; A SEAGATE BRRACUDA 160 GB HARDDRIVE, SERIAL NUMBER 5J864QFA; AN HP PAVILION ENTERTAINMENT LAPTOP, SERIAL NUMBER CNF72101DH; AN ACER ASPIRE 5100 SERIES LAPTOP, SERIAL NUMBER 6500671301; AND A TOSHIBA SATELLITE A205 LAPTOP, SERIAL NUMBER 67061706Q, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 19th day of February, 2015.

_Julie Richards Johnston_
Julie Richards Johnston, Clerk

2