IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-657-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| DAVIS AND RAGLAND PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: ONE BOX OF 22 LONG RIFLE AMMUNITION; THIRTY ROUNDS OF 9MM AMMUNITION; MISCELLANEOUS PAPERS, DOCUMENTS AND MAIL; A DELL INSPIRON 530 DESKTOP COMPUTER, SERIAL NUMBER DRLVZD1; A SEAGATE FREE AGENT DESKTOP HARDRIVE 250 GB, SERIAL NUMBER 6RY1RCHC; A MAXTOR ONETOUCH 250 GB HARDDRIVE, SERIAL NUMBER 2HA10H3Q; A MAXTOR ONETOUCH 500 GB HARDRIVE, SERIAL NUMBER 2HA22AZA; A SEAGATE BRRACUDA 160 GB HARDDRIVE, SERIAL NUMBER 5J864QFA; AN HP PAVILION ENTERTAINMENT LAPTOP, SERIAL NUMBER CNF72101DH; AN ACER ASPIRE 5100 SERIES LAPTOP, SERIAL NUMBER 6500671301; AND A TOSHIBA SATELLITE A205 LAPTOP, SERIAL NUMBER 67061706Q, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Attorney's Office pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

2

4. This Court entered Default in this action at Docket Entry #__8__;

5. The U. S. Department of Treasury is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 23rd day of __February__, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

3